4 copies

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hernandez, Victor
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Kirby Forensic Psychiatric Hospital
SHTA Daniels
SHTA Supervisor Fields
Vincent Micolli
John Doe
R.N. Jimenez

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
*(check one)*

JUL 28 2014
PRO SE OFFICE

**I.     Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Hernandez Victor
             ID #  349-14-00129
             Current Institution  Rikers Island
             Address  09-09 Hazen Street
                      East Elmhurst, N.Y 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Kirby Forensic Psychiatric Hospital   Shield #_____
                  Where Currently Employed _____
                  Address  Wards Island, NY N.Y 10035-6095

*Rev. 05/2010*                                      1

Defendant No. 2    Name SHTA Daniels    Shield # _____
                   Where Currently Employed Kirby Forensic Psychiatric Center Hospital
                   Address 3 West    Wards Island
                                     N.Y N.Y 10035-6095

Defendant No. 3    Name SHTA Supervisor Fields    Shield # _____
                   Where Currently Employed Kirby Forensic Psychiatric Hospital
                   Address 3 West    Wards Island
                                     N.Y N.Y 10035-6095

Defendant No. 4    Name John Doe Jiminez R.N    Shield # _____
                   Where Currently Employed Kirby Forensic Psychiatric Hospital
                   Address 3 West    Wards Island
                                     N.Y N.Y 10035-6095

Defendant No. 5    Name Vincent Miccolli, Director of Operation    Shield # _____
                   Where Currently Employed Kirby Forensic Psychiatric Hospital
                   Address 3 West    Wards Island
                                     N.Y. N.Y 10035-6095

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     Kirby Forensic Psychiatric Hospital Wards Island
     N.Y N.Y 10035

B.   Where in the institution did the events giving rise to your claim(s) occur?
     3 West

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     January 1, 2014 - 12 Noon

D. Facts:

*What happened to you?*
*Who did what?*
*Was anyone else involved?*
*Who else saw what happened?*

On January 1, 2014 SHTA Daniels a worker employed at 3West revealed to Patients Gonzalez, Juan Castro, Fatoq, and Santana that I was HIV positive without my consent. I was in a state of Disbelief and shock and could not believe my ears that a worker would compromise and violate HIPAA rules and regulations revealing my HIV status to patients so they could look at me different. When I found out about that information I brought it up to the Director of Operations Vincent Miccoli, SHTA Supervisor Ms. Fields and they did nothing. Kirby Hospital is registered not to reveal any of my health problems to anyone other than the doctor and me.

Inmate patients Castro, Fatoq, Gonzalez and Santana signed a petition for me witnessing that in fact SHTA Worker Daniels violated HIPAA Policies by telling above patients my HIV status. This is cruel and he should be terminated on site. After he told the inmates of my HIV. They started acting unfriendly and calling me the monster with Aids.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Psychological stigma for a lifetime that people at Kirby such as Patients and Workers know my HIV status. Mental Anguish and depression, and I see a Therapist on Rikers 1 a week for it.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _Kirby Forensic Psychiatric Hospital which is a State operated Hospital Jail._

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ___   No ✓   Do Not Know ___

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ✓   No ___

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _Office of Civil Rights and to Vincent Niccolli_

   1. Which claim(s) in this complaint did you grieve? _That Daniels an SHTA worker violated HIPAA law by disclosing my HIV status._
   2. What was the result, if any? _Nothing has been done by the director Vincent Niccolli or Supervisor Fields of OCR._
   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _Tried contacting Office of Civil Rights. I dont know how a claim can be made against the state._

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking, and the basis for such amount). I am demanding a (jury) Trial as to why SHTA Worker Daniels disclosed my H.I.V. Status to inmates: Gonzalez, Juan Castro, Rifas and Santana. Where are I am demanding a judment against the Defendant Kirby Psychiatric Hospital in the Sum of $5,000,000 dollars and at a Sum or lien against Daniels in the amount of $1,000,000 dollars for dislcoing my H.I.V. Status that has damaged me Psychologically for life.

VI. Previous lawsuits:

[On these claims] A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes _____ No _____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes _____ No _____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes _____ No _____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 11 day of July, 2014

Signature of Plaintiff: Victor Hernandez

Inmate Number: 349-14-00129

Institution Address: G.R.V.C
09-09 Hazen Street
East Elmhurst, N.Y 11370

__Note__: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 11 day of July, 2014, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Victor Hernandez